Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ANGERHOFER,<br><br>            Plaintiff,<br>   vs.<br><br>XEROX CORPORATION, a New York Corporation<br><br>            Defendant. | Case No.: 2:23-cv-01381-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, JASON ANGERHOFER ("Plaintiff") and Defendant, XEROX CORPORATION ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice,

///

///

///

///

1

each party to bear its own costs and fees.

      DATED this 3rd day of April, 2024.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | THE KULLMAN FIRM |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br><br>Attorney for Plaintiff<br><br>Dated: April 3, 2024 | /s/ Heather D. Hearne<br>Heather D. Hearne, Esq.<br>(*Admitted pro hac vice*)<br>10233 South Parker Road, Ste. 300<br>Parker, Colorado 80134<br><br>Attorney for Defendant<br><br>Dated: April 3, 2024 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April  4  , 2024

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to FRCP Rule 5(b)(3), and this Court's Special Order #109, a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing system to the following person:

Heather D. Hearne, Esq.
THE KULLMAN FIRM

Richard T. Creer
KAMER ZUCKER ABBOTT
*Attorneys for Defendants*

DATED: 4/3/2024             /s/ Michael P. Balaban
                            Michael P. Balaban